UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TIMOTHY STANTON | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 2:05-CV-288 |
| | ) | |
| JOHNSON COUNTY JAIL, SHERIFF | ) | |
| ROGER GENTRY, and CHIEF JAILER | ) | |
| KATHY TERRILL | ) | |

### **O R D E R**

This is a *pro se* civil rights action brought by a prisoner in the Johnson County Detention Center pursuant to 42 U.S.C. § 1983. The form complaint signed by the plaintiff contains the following notice:

> YOU ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF ANY ADDRESS CHANGES. FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS COURT WITHIN TEN (10) DAYS FOLLOWING ANY CHANGE OF ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION.

Despite the warning, copies of two orders entered in this case were mailed to the plaintiff at the address he listed as his current address in his complaint but both were returned to the Court by the postal authorities more than ten days ago, with the faces of the envelopes marked, "Return To Sender, No Longer At Address" and "RTS, No Longer Here."

Obviously, without the plaintiff's correct address, the Court cannot communicate with him regarding his case. Accordingly, this action is **DISMISSED** for want of prosecution. Rule 41(b), Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

ENTER:

<pre>                    s/ Leon Jordan        
             United States District Judge</pre>

2

Case 2:05-cv-00288   Document 8   Filed 07/25/06   Page 2 of 2   PageID #: 2